

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/28/2015 5:02:45 PM
PAM ESTES
Clerk

September 25, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

FILED FOR RECORD
At 8:05 o'clock a. m.

SEP 2 8 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

**RE:**    Case Number:         12-14-00211-CV
      Trial Court Case Number:   3-42003

**Style:**   John R. Soard
         v.
         Terry Thorn, Shelia Smith and Mary Page

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
      Katrina McClenny, Chief Deputy Clerk

CC:   Mr. Michael A. Yanof (DELIVERED VIA E-MAIL)
      John R. Soard
      Mary Page
      Shelia Smith

Mandate executed on _28_ day of _September_ , 2015.

Brief explanation of action taken: _Filed in the papers of the cause_

_Janice G. Staples_       District County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us